IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDDIE VAUGHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 2:17-cv-00476-TMP |
| THE LINCOLN NATIONAL LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Eddie Vaughan ("Plaintiff"), and Defendant The Lincoln National Life Insurance Company ("Defendant"), by and through their undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

Dated this 23rd day of April, 2018.

BURKE HARVEY, LLC

By: /s/ Peter H. Burke
Peter H. Burke
Andrew C. Allen
3535 Grandview Parkway, Suite 100
Birmingham, AL 35243

Attorneys for Plaintiff

MAYNARD, COOPER & GALE, P.C.

By: /s/ Grace R. Murphy
Grace Robinson Murphy
William B. Wahlheim, Jr.
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203-2618

Attorneys for Defendant

1