# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EDDIE VAUGHAN, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No.   2:17-cv-476-TMP |
| ) | |
| THE LINCOLN NATIONAL LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
|     Defendant. ) | |

## ORDER OF DISMISSAL

The plaintiff and defendant filed a joint stipulation to dismiss this action. (Doc. 24). Accordingly, all claims hereby are DISMISSED WITH PREJUDICE as set forth herein, and each party shall bear his or its own costs.

**DONE** and **ORDERED** on April 23, 2018.

_____
T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE